# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

THOMAS L. LEE, JR.,

    *Plaintiff*,

v.

CHEX SYSTEMS, INC.

    *Defendant*.

Civil Action No.:

## NOTICE OF REMOVAL

**TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE:**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Chex Systems, Inc. ("ChexSystems" or "Defendant") hereby removes this action from the Kent County Justice of the Peace Court 16, Dover Delaware, Case No. JP16-23-003856, to the United States District Court for the District of Delaware. Removal is proper because this Court has federal question jurisdiction over the action. *See* 28 U.S.C. § 1331. Accordingly, ChexSystems removes this action to this Court, and, in support of its Notice of Removal, states the following:

## I.  BACKGROUND

1.  On or about May 24, 2023, Plaintiff Thomas L. Lee, Jr. ("Plaintiff") filed a Complaint against ChexSystems, Inc. in the Kent County Justice of the Peace Court 16, Dover Delaware, Case No. JP16-23-003856 (the "State Court Action"). In accordance with 28 U.S.C. §1446(a), attached as <u>Exhibit A</u> is a complete copy of all process, pleadings, and orders served upon ChexSystems in such action.[1]

---

[1] ChexSystems did not receive service of the Complaint through official process.

2. ChexSystems received a copy of the summons, without the Complaint, on June 7, 2023 by certified mail.

3. This Notice of Removal is being filed within thirty (30) days of ChexSystems receiving a copy of the summons by certified mail. Accordingly, the action is removable pursuant to 28 U.S.C. § 1446(b)(1).

4. The above-captioned action is a suit for alleged violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*. ("FCRA") and for alleged violations of the Fair Debt Collection Practices Act ("FDCPA").

5. ChexSystems denies the allegations in the Complaint and denies that Plaintiff has stated a claim for which relief may be granted. Nevertheless, assuming for jurisdictional purposes only that Plaintiff's claims are valid, Plaintiff could have originally filed the Complaint in this Court under federal question jurisdiction because resolution of Plaintiff's claims will require determination of significant disputed issues under federal law.

II. **REMOVAL BASED ON FEDERAL QUESTION JURISDICTION**

6. This Court has original jurisdiction over Plaintiff's FCRA and FDCPA claims pursuant to 28 U.S.C. § 1331, which states that federal question jurisdiction is appropriately exercised over "all civil actions arising under the Constitution, laws, or treaties of the United States."

7. Removal of this action is proper under 28 U.S.C. § 1441(a), which provides, in pertinent part, that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

8. Federal question jurisdiction exists over this action because the allegations asserted by Plaintiff in the Complaint involve questions that will require resolution of significant, disputed issues arising under federal law. This case qualifies for federal question jurisdiction and is removable because Plaintiff's alleges claims under, and requires a ruling on, the FCRA and FDCPA, both of which are federal statutes.

9. Pursuant to 28 U.S.C. § 1441(b), removal is proper irrespective of the citizenship or residences of the parties.

### III. VENUE

10. Venue is proper in this Court because this district encompasses the Kent County Justice of the Peace Court 16, Dover, State of Delaware, the forum from which the case has been removed. *See* 28 U.S.C. § 1441.

### IV. NOTICE

11. Concurrent with the filing of this Notice, ChexSystems will file a Notification of Removal with the Clerk of the Kent County Justice of the Peace Court 16, Dover, State of Delaware, a copy of which is attached hereto as Exhibit B.

12. Upon information and belief, the contents of Exhibit A and Exhibit B constitute the entire file of the action pending in the state court as required pursuant to 28 U.S.C. § 1446(a).

13. ChexSystems reserves the right to amend this Notice of Removal.

14. If any questions arise as to the propriety of the removal of this action, ChexSystems requests the opportunity to present a brief and argument in support of its position that this case is removable.

## V. CONCLUSION

WHEREFORE, having met all the requirements for removal under 28 U.S.C. §§ 1441 and 1446, including all the jurisdictional requirements of 28 U.S.C. § 1331, Defendant Chex Systems, Inc. hereby removes the above-captioned action from the Kent County Justice of the Peace Court 16, Dover, State of Delaware, and seeks whatever further relief this Court deems equitable and just.

Respectfully submitted:

Dated: July 7, 2023

By: */s/ James H. S. Levine*
James H.S. Levine (Bar No. 5355)
TROUTMAN PEPPER
HAMILTON SANDERS LLP
1313 Market Street, Suite 5100
Wilmington, DE 19899
Telephone: 302.777.6536
Facsimile: 302.421.8390
James.Levine@troutman.com

*Attorney for Chex Systems, Inc.*

## **CERTIFICATE OF SERVICE**

      I certify that on July 7, 2023, I caused to be filed the foregoing *Notice of Removal* with the Clerk of the Court using the CM/ECF electronic filing system and sent via Federal Express to the Plaintiff:

      Thomas L. Lee, Jr.
      150 Hawk Creek Lane
      Clayton, DE 19938

      By: */s/ James H. S. Levine*
           James H.S. Levine (Bar No. 5355)
           *Attorney for Chex Systems, Inc.*

158981116