# EXHIBIT "A"

JUSTICE OF THE PEACE COURT OF THE STATE OF DELAWARE
IN AND FOR **KENT** COUNTY
COURT NO **16**

Electronically Filed
2023-05-24 10:06:56
Clerk of Court
JP16-23-003856

**COURT ADDRESS**
Justice of the Peace Court 16
414 Federal Street, Room 173 Dover, DE 19901

**CIVIL ACTION NO. 1701160**

Please list plaintiffs and defendants. Add additional party names and addresses on form CF01AP.

**PLAINTIFF(S)** vs. **DEFENDANT(S)**

1) Name: THOMAS L LEE JR
Address: 150 HAWK CREEK LANE, CLAYTON, DE 19938
System ID#: 3796070
Phone: 267-248-5104
Email Address: THOMASLEE215@GMAIL.COM

1) Name: ChexSystems, Inc.
Address: 7805 Hudson Rd Ste 100, Woodbury, Minnesota, 55125
Phone: 1 (800) 428-9623

**Check One (Plaintiff):** ☑ Individual
**Check One (Defendant):** ☑ Corporation or other Artificial entity (see Supreme Court Rule 57)

**Type of Service:** ☑ Court Service
**Type of Action:** ☑ Debt

## COMPLAINT

1. Concise Statement of Facts: (Who, What, When, Where, How?)

The Plaintiff, Thomas L Lee Jr, alleges that the Defendant, ChexSystems, Inc., has willfully and intentionally violated their consumer rights under the Fair Credit Reporting Act (FCRA) and the Fair Debt Collection Practices Act (FDCPA).

2. Relief Sought:
   - $15,000 Amount of money claimed. (Not including interest)
   - Pre Judgment Interest at ___% legal rate OR ___% contractual rate
   - Post Judgment Interest at ___% legal rate OR ___% contractual rate
   - Court Costs
   - Other

TO: THE JUSTICE OF THE PEACE COURT
Please docket the above-captioned case and issue a Summons to the above-named Defendant(s) to appear before you so there may be a trial on this case and judgment for the Plaintiff(s), together with interest and costs of this proceeding; or, for an Attachment in Lieu of Summons, please issue same and direct the Constable to execute the proper process.

Date: MAY 22, 2023
/s/ THOMAS L LEE JR 3796105
Plaintiff or Plaintiff's Attorney

JP Civil Form No. 01 (Rev 9/2/20)
VIEW YOUR CASE ONLINE: https://courtconnect.courts.delaware.gov

Electronically Filed
2023-05-24 10:06:56
Clerk of Court
JP16-23-003856

Thomas L Lee Jr
150 Hawk Creek Lane
Clayton, DE 19938
Thomaslee215@gmail.com
2672485104
May 21, 2023

Justice of the Peace Court 16
414 Federal Street, Room 173 Dover, DE 19901
Phone:(302) 739-4316
Fax:(302) 674-7111

Plaintiff:
Thomas L Lee Jr

Defendant:
ChexSystems, Inc.
7805 Hudson Rd Ste 100, Woodbury,
Minnesota, 55125

Case No:1701160

COMPLAINT

Factual Background:

The Plaintiff, Thomas L Lee Jr, alleges that the Defendant, ChexSystems, Inc., has willfully and intentionally violated their consumer rights under the Fair Credit Reporting Act (FCRA) and the Fair Debt Collection Practices Act (FDCPA).

The Defendant, ChexSystems, Inc., is a consumer reporting agency that has repeatedly reported inaccurate and unverifiable information on the Plaintiff's consumer report, despite being made aware of these errors.

The Plaintiff has diligently disputed the alleged debt owed to One United Bank, which is being reported by ChexSystems, Inc., through multiple letters, affidavits, emails, and phone calls. However, the Defendant has failed to correct the inaccurate information, resulting in severe consequences for the Plaintiff for the past two years.

Lack of Response:

I have sent numerous requests to OneUnited Bank, seeking validation of the alleged debt,

through various forms of phone calls, emails, disputes, and affidavits as per ChexSystems, Inc alleged elaborate auto-verified responses. However, OneUnited Bank has consistently failed to respond to my certified requests, further infringing upon my consumer rights.

Defamation of Character:
As per the FCRA, I made ChexSystems aware of OneUnited Bank's lack to validate this alleged debt, however, ChexSystems continued reporting inaccurate information, despite being made aware of the errors, which has resulted in significant harm to my reputation and character. ChexSystems' actions have severely impacted my ability to secure employment, obtain loans, and open bank accounts. The emotional distress and suffering caused by this situation have disrupted my way of life and inflicted significant hardship upon me.

Violations of Consumer Rights:

The Defendant, ChexSystems, Inc., has violated the Fair Credit Reporting Act (FCRA) by:

a. Failing to conduct a reasonable reinvestigation of the disputed information.
b. Failing to correct inaccurate and unverifiable information on the Plaintiff's consumer report.
c. Failing to provide the Plaintiff with a notice of the results of the reinvestigation within the required timeframe.

The Defendant, ChexSystems, Inc., has violated the Fair Debt Collection Practices Act (FDCPA) by:

a. Failing to validate the alleged debt, as mandated by federal law, despite the Plaintiff's diligent requests and supporting documentation.
b. Engaging in unfair, deceptive, and abusive practices by continuing to report inaccurate and unverifiable information on the Plaintiff's consumer report, causing significant harm and distress.

Damages Sought:

The Plaintiff seeks the following damages:

a. $15,000 in compensation for defamation of character, as a result of ChexSystems, Inc.'s reporting of inaccurate information.
b. Reimbursement of all costs and expenses incurred in pursuing this legal action, including court fees and attorney fees, if applicable.

The Plaintiff also requests that the Court orders ChexSystems, Inc. to immediately rectify the inaccuracies on the Plaintiff's consumer report and cease reporting any inaccurate or unverifiable information in the future, so that the Plaintiff can secure a respectable Job and open a Bank account and purchase a home for their family.

Conclusion:

The Plaintiff, Thomas L Lee Jr, respectfully requests that the Court of Delaware considers this complaint and provides the appropriate relief in accordance with the law. The Plaintiff believes that the evidence presented supports the allegations of violations of consumer rights and justifies the damages sought.

I declare under penalty of perjury under the laws of Delaware that the foregoing is true and correct to the best of my knowledge and belief.
May day of 22, 2023.

Thomas L Lee Jr

# JUSTICE OF THE PEACE COURT OF THE STATE OF DELAWARE
## IN AND FOR KENT COUNTY
## COURT NO. 16

**COURT ADDRESS:**  
414 FEDERAL STREET ROOM 173  
DOVER DE 19901

**CIVIL ACTION NO:** JP16-23-003856

### THOMAS L LEE JR VS CHEXSYTEMS, INC

**SYSTEM ID:** @3800033  
CHEXSYSTEMS, INC  
7805 HUDSON RD STE 100  
WOODBURY MN 55125

## SUMMONS

**TO THE DEFENDANT(S):**

You, the defendant, are summoned to answer the Plaintiff's claims against you as stated on the attached Complaint.

Within 15 days after you receive this summons, excluding the day you receive it, you must complete and return the enclosed Answer to the complaint to the above-named Justice of the Peace Court.

Failure to file an Answer may result in a default judgment being entered against you and may result in the plaintiff attaching your wages or attaching and selling your personal property to satisfy the judgment.

**IT IS SO ORDERED** this 31st day of May, 2023.

NS  
Court Official

**CONSTABLE NOTES:** _____  
**SERVED ON:** _____ (Date & Time)  
**CONSTABLE:** _____

- Persons with disabilities should contact the Court in writing as soon as possible, prior to trial, to request reasonable accommodations.
- Should you need an interpreter, including for hearing impairment, notify the Court in writing as soon as possible (preferably 14 days) prior to trial so the court can have an interpreter available for your hearing.
- Cell phones, pagers, cameras, and other electronic devices are NOT permitted in courthouses or courtrooms without permission of a judge.
- **If you are a corporation (or other artificial entity or public body):** Only an attorney or a person designated in a Form 50 may represent you in JP court. YOU MAY OBTAIN A FORM 50 application from the Court's website at https://courts.delaware.gov/jpcourt (Click on Form 50) or any JP Court civil location.
- For court appropriate attire see https://courts.delaware.gov/jpcourt/attire.aspx.

VIEW YOUR CASE ONLINE: https://courtconnect.courts.delaware.gov

## JUSTICE OF THE PEACE COURT OF THE STATE OF DELAWARE
## IN AND FOR KENT COUNTY
## COURT NO. 16

**COURT ADDRESS:**
414 FEDERAL STREET ROOM 173
DOVER DE 19901

**CIVIL ACTION NO:** JP16-23-003856

### THOMAS L LEE JR. CHEXSYTEMS, INC PLAINTIFF
### VS
### CHEXSYTEMS, INC DEFENDANT

**Plaintiff Parties:**
PLAINTIFF
SYSTEM ID: @3796070
THOMAS L LEE JR.
150 HAWK CREEK LANE
CLAYTON, DE 19938

**Defendant Parties:**
DEFENDANT
SYSTEM ID: @3800033
CHEXSYSTEMS, INC
7805 HUDSON RD STE 100
WOODBURY, MN 55125

**Other Case Parties:**

**JUSTICE OF THE PEACE COURT OF THE STATE OF DELAWARE
IN AND FOR KENT COUNTY
COURT NO. 16**

**COURT ADDRESS:**        **CIVIL ACTION NO:**    JP16-23-003856

**414 FEDERAL STREET ROOM 173**
**DOVER DE 19901**

**THOMAS L LEE JR VS CHEXSYTEMS, INC**

**SYSTEM ID:** @3800033
**CHEXSYSTEMS, INC**
**7805 HUDSON RD STE 100**
**WOODBURY MN 55125**

**DEFENDANT'S ANSWER TO THE COMPLAINT**

Check all that are appropriate:

A. _____ I admit that I owe the debt or claim in the Complaint and <u>DO NOT</u> want a trial. (This means that you agree to a judgment being entered against you for the amount claimed plus interest and costs. Any money owed should be paid directly to the Plaintiff. **You will be giving up your right to a trial and <u>will not have a right to appeal your decision to admit this debt or claim</u>**.)

B. _____ I WANT A TRIAL.

C. _____ **DEBT ACTIONS ONLY**: In addition to a trial, I request that the Plaintiff provide me with a more detailed statement of the claim (Bill of Particulars).

The JP Court, at its discretion, may offer alternative case resolution options by which hearings can be heard remotely, when possible. Please indicate if you have any access to the following:

         _____ Internet w/camera (computer or Smartphone)
         _____ Email (list email address below)

DATED: _____

_____    _____
(Signature of Defendant)                            (Defendant's Address/Phone No.)

                                          _____
                                          (Defendant's Email Address)

_____    _____
(Defendant's Attorney, if any)                          (Attorney's Address/Phone No.)

                                            _____
                                          (Attorney's Email Address)

**If you are a corporation (or other artificial entity or public body):**
- This Answer MUST be signed by an attorney or person designated by a Certificate of Representation (Form 50) for the corporation or entity prior to the filing of this Answer.
- Only an attorney or a person designated in a Form 50 may represent you in JP court.
- YOU MAY OBTAIN A FORM 50 and further information from the Court's website at http://courts.state.de.us/jpcourt. (Click on Form 50) or you may obtain a Form 50 from your nearest JP Civil Court.

Mail this completed form (Answer) to the Justice of the Peace Court at the address above as soon as possible. This signed document must be received by the Court within 15 days after the date you received it or a default judgment may be entered against you.

VIEW YOUR CASE ONLINE: https://courtconnect.courts.delaware.gov

JP Civil Form No. 07 (Rev 4/23/20)      Produced by: Lee, Thomas      6/1/2023 9:36 AM