# EXHIBIT "B"

## JUSTICE OF THE PEACE COURT OF THE STATE OF DELAWARE
## IN AND FOR KENT COUNTY, COURT 16

| | |
|---|---|
| THOMAS L. LEE, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. JP16-23-003856 |
| CHEX SYSTEMS, INC., | ) ) |
| Defendant. | ) ) ) |

## CHEX SYSTEM, INC.'S NOTIFICATION OF REMOVAL

PLEASE TAKE NOTICE THAT on July 7, 2023, Defendant Chex Systems, Inc. ("ChexSystems") filed a Notice of Removal of this action to the United States District Court for the District of Delaware, thereby removing this action from this Court to the United States District Court. A copy of the Notice of Removal that was filed in the United States District Court is attached to this Notification of Removal. As a result of such removal and in accordance with 28 U.S.C. § 1446(d), this Court shall proceed no further with this action unless and until the case is remanded.

Dated: July 7, 2023

By: /s/ James H. S. Levine
James H.S. Levine (Bar No. 5355)
TROUTMAN PEPPER
HAMILTON SANDERS LLP
1313 Market Street, Suite 5100
Wilmington, DE 19899
Telephone: 302.777.6536
Facsimile: 302.421.8390

-2-

James.Levine@troutman.com

*Attorney for Chex Systems, Inc.*

-2-

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 7, 2023, I electronically filed the foregoing *ChexSystems, Inc.'s Notification of Removal* using EFLEX which will send electronic notification of such filing to plaintiff:

>Thomas L. Lee, Jr.
>150 Hawk Creek Lane
>Clayton, DE 19938

By: */s/ James H. S. Levine*
James H.S. Levine (Bar No. 5355)
*Attorney for Chex Systems, Inc.*

158984043