## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS L. LEE, JR.,<br><br>    *Plaintiff*,<br>v.<br><br>CHEX SYSTEMS, INC.<br><br>    *Defendant*. | CA No.: 1:23-cv-00739-GBW |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

    IT IS HEREBY STIPULATED and agreed, by and between the pro se Plaintiff Thomas L. Lee, Jr. and the undersigned counsel for Defendant Chex Systems, Inc., that the above-referenced action, including all claims and defenses, is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the terms of the parties' private settlement agreement, with each party to bear its own costs.

| | |
|---|---|
| */s/ Thomas L. Lee, Jr.*<br>Thomas L. Lee, Jr.<br>150 Hawk Creek Lane<br>Clayton, DE 19938<br><br>*Pro se Plaintiff*<br><br><br><br><br>Dated: October 20, 2023 | */s/ Tyler R. Wilson*<br>Tyler R. Wilson (Bar No. 7129)<br>James H. S. Levine (Bar No. 5355)<br>TROUTMAN PEPPER<br>    HAMILTON SANDERS LLP<br>Hercules Plaza, Suite 5100<br>1313 Market Street, P.O. Box 1709<br>Wilmington, DE 19899-1709<br>Telephone: 302.777.6500<br>*Tyler.Wilson@troutman.com*<br>*James.Levine@troutman.com*<br><br>*Attorneys for Defendant Chex Systems, Inc.* |

## **CERTIFICATE OF SERVICE**

I, Tyler R. Wilson, hereby certify that, on October 20, 2023, I electronically filed the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF, which will send notification of such filing to all counsel of record and the pro se Plaintiff:

>Thomas L. Lee, Jr.
>150 Hawk Creek Lane
>Clayton, DE 19938

>*/s/ Tyler R. Wilson*
>Tyler R. Wilson (Bar No. 7129)